# Court of Appeals
# of the State of Georgia

ATLANTA,  January 24, 2017

*The Court of Appeals hereby passes the following order:*

**A17E0032.  IN THE INTEREST OF Z. T. S., A CHILD (FATHER).**

Upon consideration of the father's Second Motion for Extension of Time to File Application for Discretionary Appeal in the above-styled matter in which his parental rights to the child Z. T. S. were terminated, the same is hereby GRANTED. The father shall have until Monday, February 27, 2017, to file his application for discretionary appeal in the above-styled matter.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/24/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*